UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARION HOOD, Individually and on Behalf of All Others, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 4:18CV1133 RLW ) |
| AMERICAN STAFFING, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal filed by the parties (ECF No. 10),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs.

Dated this 1st day of November, 2018.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**